UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br><br> CLINE MINING CORPORATION, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26132 EEB <br><br> Chapter 15 |
| In re: <br><br> NEW ELK COAL COMPANY LLC, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26133 EEB <br><br> Chapter 15 |
| In re: <br><br> NORTH CENTRAL ENERGY COMPANY, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26134 EEB <br><br> Chapter 15 |

**Jointly Administered Under
Case No. 14-26132 EEB**

**ORDER VACATING HEARING**

THIS MATTER comes before the Court regarding this Court's Order to Show Cause with Temporary Restraining Order. The Court being otherwise advised in the premises, hereby

FINDS that no objections to the Monitor's request for a preliminary injunction were filed by the deadline, December 10, 2014 at 4:00 p.m. (MST). It is therefore

ORDERED that the hearing scheduled for December 12, 2014 at 9:30 a.m., is hereby VACATED; and it is

FURTHER ORDERED that FTI Consulting Canada Inc., the court-appointed monitor ("Monitor") and authorized foreign representative of Debtors Cline Mining Corporation, New Elk Coal Company LLC, and North Central Energy Company shall submit a proposed order granting a preliminary injunction to courtroom@cob.uscourts.gov; and it is

FURTHER ORDERED that after the Court has entered an order granting the preliminary injunction, the Monitor shall cause notice of the entry of the order to be served by United States mail, first-class postage prepaid or by overnight courier, on all known creditors, including but

not limited to the plaintiffs in the WARN Act Class Action, and all other parties against whom relief is sought (or their counsel)s, and provide notice of the entry of the Order to all courts in every pending litigation involving the Debtors.

DATED this 11th day of December, 2014.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge