# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br><br> CLINE MINING CORPORATION, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26132 EEB <br><br> Chapter 15 |
| In re: <br><br> NEW ELK COAL COMPANY LLC, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26133 EEB <br><br> Chapter 15 |
| In re: <br><br> NORTH CENTRAL ENERGY COMPANY, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26134 EEB <br><br> Chapter 15 |
| | **Jointly Administered Under Case No. 14-26132 EEB** |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

FTI Consulting Canada Inc. is the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Cline Mining Corporation, New Elk Coal Company LLC, and North Central Energy Company (collectively, the "**Cline Debtors**")[1] in a proceeding (the "**Canadian Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, (as amended, the "**CCAA**"), pending before the Ontario Superior Court of Justice, Commercial List (the "**Ontario Court**").

---

[1] The last four digits of the United States Tax Identification Numbers, or similar foreign identification numbers, as applicable, for the Cline Debtors follow in parentheses: Cline (6094); New Elk (0615); and North Central (N/A).

1. On December 3, 2014, the Monitor filed *Verified Petitions for Recognition of Foreign Proceeding and Related Relief* for each of the Cline Debtors (the "**Chapter 15 Petitions**") seeking the entry of an order (i) recognizing the Canadian Proceeding as a "foreign main proceeding" under section 1517 of the Bankruptcy Code and (ii) giving full force and effect in the United States to the Initial Order, the Claims Procedure Order, and the Meetings Order of the Ontario Court, all dated December 3, 2014, including any extensions or amendments thereof authorized by the Ontario Court (together, the "**Ontario Orders**").[2]

2. On December 5, 2014, and in accordance with this Court's *Order Specifying Form and Manner of Service of Notice*,[3] notice of the Chapter 15 Petitions was timely served (i) by United States mail, first-class postage prepaid or by overnight courier, upon all known creditors and all other parties against whom relief is sought (or their counsel), including any such parties (or counsel) that have addresses outside the United States, (ii) upon the plaintiffs and proposed class counsel in the class action proceeding captioned *Gerard, Jr. et al v. New Elk Coal Company, LLC, et al*, 1:13-cv-00277-RM-KMT, pending in the United States District Court for the District of Colorado, by United States mail, first-class postage prepaid or by overnight courier, and by United States mail, first-class postage prepaid, addressed to the proposed class members to the extent addresses can be obtained by the Monitor from the Cline Debtors, and (iii) by publication in *The Wall Street Journal (U.S. Edition)*, *The Denver Post*, and *The Pueblo*

---

[2] Dkt. No. 2.
[3] Dkt. No. 19.

*Chieftain*. The foregoing is evidenced by *Affidavits* and *Certificates* of *Service* that have been filed in these cases.[4]

3. No objections to, or requests for a hearing on, the Chapter 15 Petitions were received by counsel to the Monitor or filed with the Court by the objection deadline of January 9, 2015.

WHEREFORE, the Monitor respectfully requests that this Court enter an order substantially in the revised form attached hereto as Exhibit A and grant such other and further relief as this Court deems just and proper. A blackline of this form against the form of proposed order originally filed with the Chapter 15 Petitions on December 3, 2014, is attached hereto as Exhibit B.

Dated: Denver, Colorado
       January 14, 2015

**ALLEN & OVERY LLP**

/s/ Jonathan Cho
Ken Coleman
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
jonathan.cho@allenovery.com

*Attorneys for FTI Consulting Canada Inc., as Monitor and Foreign Representative of the Cline Debtors*

---

[4] Dkt. Nos. 28, 32, 37, 38.