UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br><br> CLINE MINING CORPORATION, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26132 EEB <br><br> Chapter 15 |
| In re: <br><br> NEW ELK COAL COMPANY LLC, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26133 EEB <br><br> Chapter 15 |
| In re: <br><br> NORTH CENTRAL ENERGY COMPANY, <br><br> Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26134 EEB <br><br> Chapter 15 |

**Jointly Administered Under
Case No. 14-26132 EEB**

**ORDER VACATING HEARING IN PART**

THIS MATTER comes before the Court on the Order Granting Recognition and Related Relief. The Court being otherwise advised in the premises, hereby

ORDERS that the hearing scheduled regarding the Chapter 15 Petitions and the Verified Petition for Recognition of Foreign Proceeding on January 29, 2015, is hereby VACATED. The Court

FURTHER ORDERS that the hearing on Debtor's Motion For Order Enforcing Plan Sanction Order of the Ontario Court, scheduled for **January 29, 2015 at 10:00 a.m. (MST),** will proceed as scheduled. If no objections are filed by January 27, 2015 deadline, the hearing may be vacated without further notice.

DATED this 15th day of January, 2015.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge