UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>CLINE MINING CORPORATION,<br><br>Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26132 EEB<br><br>Chapter 15 |
| In re:<br><br>NEW ELK COAL COMPANY LLC,<br><br>Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26133 EEB<br><br>Chapter 15 |
| In re:<br><br>NORTH CENTRAL ENERGY COMPANY,<br><br>Debtor in a Foreign Proceeding. | Bankruptcy Case No. 14-26134 EEB<br><br>Chapter 15<br><br>**Jointly Administered Under<br>Case No. 14-26132 EEB** |

## NOTICE OF FILING OF, AND RESULTS OF CREDITORS' MEETINGS TO VOTE ON, THE AMENDED AND RESTATED PLAN OF COMPROMISE AND ARRANGEMENT IN THE CANADIAN PROCEEDING

**PLEASE TAKE NOTICE** that on January 21, 2015, FTI Consulting Canada Inc., the court-appointed monitor (the "**Monitor**") and foreign representative of Cline Mining Corporation, New Elk Coal Company LLC, and North Central Energy Company (collectively, the "**Cline Debtors**") in a proceeding (the "**Canadian Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, by its undersigned counsel, filed in the above-captioned cases the *Amended and Restated Plan of Compromise and Arrangement* of the Cline Debtors dated January 20, 2015 (the "**Amended Plan**").[1] The Amended Plan amends and restates the *Plan of Compromise and Arrangement* originally filed by the Monitor on January 12, 2015 (the "**Original Plan**")[2] to reflect certain compromises

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Amended Plan.

[2] A copy of the Original Plan was previously filed in these cases as Exhibit 2 to the Proposed Order annexed as Exhibit A to the *Motion for Order Enforcing Plan Sanction Order of the Ontario Court* [Dkt. No. 39].

1

negotiated among the Cline Debtors, Marret, the Monitor, and counsel for the WARN Act Plaintiffs. Among other things, the Amended Plan provides for an enhanced recovery of CAD210,000.00 to the WARN Act Plaintiffs, comprising (i) a payment of CAD90,000 (less certain attorneys fees, expenses and other costs of Class Action Counsel) upon the implementation of the Amended Plan and (ii) a payment of CAD120,000 (less certain attorneys fees, expenses and other costs of Class Action Counsel) to be paid within eight years of such implementation.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Amended Plan is annexed hereto as Exhibit A, and a blackline comparison of the Amended Plan with the Original Plan is annexed hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that on January 21, 2015, the Amended Plan was approved by the Required Majorities of each Voting Class entitled to vote at the Meetings in accordance with the Meetings Order. The Affidavit of Matthew Goldfarb (the "**Goldfarb Affidavit**"),[3] dated January 21, 2015, attached hereto as Exhibit C, provides a summary of the Canadian Proceeding and the process leading to the approval of the Amended Plan, including a more detailed description of the voting results summarized below:

| Class | Percent Approval by Number | Percent Approval by Amount |
|---|---|---|
| Secured Noteholders Class | 100% | 100% |
| Affected Unsecured Creditors Class | 100% | 100% |
| WARN Act Plaintiffs Class | 100% | 100% |

Dated: New York, NY
January 21, 2015

ALLEN & OVERY LLP

/s/ Jonathan Cho
Jonathan Cho
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jonathan.cho@allenovery.com

*Attorney for FTI Consulting Canada Inc., as Monitor and Foreign Representative of the Cline Debtors*

---

[3] The Goldfarb Affidavit is attached hereto without Exhibits A through C. Exhibits A and B comprise the Amended Plan and blackline, while Exhibit C was previously filed with this Court on December 3, 2014 [D.I. 11].

2