UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>CLINE MINING CORPORATION,<br><br>Debtor in a Foreign Proceeding. | Bankruptcy Case No.  14-26132 EEB<br><br>Chapter 15 |
| In re:<br><br>NEW ELK COAL COMPANY LLC,<br><br>Debtor in a Foreign Proceeding. | Bankruptcy Case No.  14-26133 EEB<br><br>Chapter 15 |
| In re:<br><br>NORTH CENTRAL ENERGY COMPANY,<br><br>Debtor in a Foreign Proceeding. | Bankruptcy Case No.  14-26134 EEB<br><br>Chapter 15 |
| | **Jointly Administered Under Case No. 14-26132 EEB** |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER
AND REQUEST FOR ENTRY OF ORDER**

FTI Consulting Canada Inc. is the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Cline Mining Corporation, New Elk Coal Company LLC, and North Central Energy Company (collectively, the "**Cline Debtors**")[1] in a proceeding (the "**Canadian Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, (as amended, the "**CCAA**"), pending before the Ontario Superior Court of Justice, Commercial List (the "**Ontario Court**").

---

[1] The last four digits of the United States Tax Identification Numbers, or similar foreign identification numbers, as applicable, for the Cline Debtors follow in parentheses:  Cline (6094); New Elk (0615); and North Central (N/A).

1. On January 12, 2015, the Monitor filed the *Motion for Order Enforcing Plan Sanction Order of the Ontario Court* (the "**Motion**")[2] seeking the entry of an order giving full force and effect in the United States to the Plan Sanction Order (the "**Plan Sanction Order**") to be entered by the Ontario Court.[3]

2. On January 12, 2014, notice of the Motion was timely served (i) by United States mail, first-class postage prepaid or by overnight courier, upon all known creditors, all other parties against whom relief is sought, and all parties who have filed notices of appearance in these cases and (ii) upon the plaintiffs in the WARN Act Class Action[4] by United States mail, first-class postage prepaid or by overnight courier, and to proposed class counsel, and by United States mail, first-class postage prepaid, addressed to the proposed class members to the extent addresses can be obtained by the Monitor from the Cline Debtors.[5] Further, if the Court enters an order granting the relief requested, notice of entry of such order will be given by publication of the Notice in *The Wall Street Journal* (U.S. Edition), *The Denver Post*, and *The Pueblo Chieftain*.

3. No objections to, or requests for a hearing on, the Motion were received by counsel to the Monitor or filed with the Court by the objection deadline of January 27, 2015.

[*Remainder of Page Intentionally Left Blank*]

---

[2] Dkt. No. 39.
[3] The Plan Sanction Order was entered by the Ontario Court on January 27, 2015 and filed with this Court the same day. Dkt. No. 53.
[4] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.
[5] Dkt. No. 41.

WHEREFORE, the Monitor respectfully requests that this Court enter an order substantially in the form attached hereto as <u>Exhibit A</u> and grant such other and further relief as this Court deems just and proper.

Dated: Denver, Colorado
       January 28, 2015

**ALLEN & OVERY LLP**

<u>/s/ Jonathan Cho</u>
Ken Coleman
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
jonathan.cho@allenovery.com

*Attorneys for FTI Consulting Canada Inc., as Monitor and Foreign Representative of the Cline Debtors*